UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROJELIO PADRON,

    Plaintiff,

v.                                      Case No:   6:15-cv-1599-Orl-31TBS

DYE PRECISION, INC.,

    Defendant.

## REPORT AND RECOMMENDATION

This matter comes before the Court *sua sponte*.   Plaintiff Rojelio Padron filed this action on August 10, 2015, against Dye Precision, Inc., in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida (Doc. 1).   Defendant removed the action to this Court on September 25, 2015, on the basis of diversity jurisdiction (Id.).

Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant … to the district court of the United States for the district and division embracing the place where such action is pending."   28 U.S.C. § 1441(a).   Defendant removed this action from the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida.   Hillsborough County is in the Tampa Division of the Middle District of Florida.   See M.D. Fla. R. 1.02(b)(4); 28 U.S.C. § 89.   Therefore, I **RESPECTFULLY RECOMMEND** that this case be **TRANSFERRED** to the Tampa Division of the Middle District of Florida.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after

service of this report and recommendation.   A party failing to file written objections to a magistrate judge's findings or recommendations within fourteen (14) days of the issuance of the report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual findings and legal conclusions.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on September 28, 2015.

*[Signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record