# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROJELIO PADRON,**

        **Plaintiff,**

**v.**                                                        **Case No:   6:15-cv-1599-Orl-31TBS**

**DYE PRECISION, INC.,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation issued by the United States Magistrate Judge on September 28, 2015 (Doc. 4).   No objections have been filed. Therefore, it is

    **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Clerk is directed to transfer this case to the Tampa Division of the Middle District of Florida.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 19, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party